FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★        ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
DANIELLE M. DIMINO,
        Plaintiff,

        -against-

SOLO CUP COMPANY AND IMPERIAL BAG
AND PAPER CO., INC.
        Defendants.
----------------------------------------X

Index No.: 06 CV 1848

*STIPULATION
DISCONTINUING ACTION
With Prejudice*

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and same hereby is discontinued with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York
       September 13, 2006

_____
The name signed must be printed beneath

Bonner, Kiernan, Trebach & Crociata, LLP
Attorneys for Defendant(s)
SOLO CUP COMPANY
Empire State Building
Suite 3304
New York, NY 10118
(212) 268-7535

Wilson, Elser, Moskowitz, Edelman & Dicker
Attorneys for Defendant(s)
IMPERIAL BAG AND PAPER CO., INC.
150 East 42 Street
New York NY 10017-5639
(212) 490-3000

_____
The name signed must be printed beneath

RUBENSTEIN & RYNECKI
Attorneys for Plaintiff(s)
16 Court Street Suite 1717
Brooklyn, New York 11241
(718) 522-1020

So ordered:
10/4/06
/USDJ